```
JENNY Y CHOW (YI JING WONG CHOW),
PETER S. CHOW
2514 LEEBE AVE.
POMONA, CA 91768
PHONE: (909) 595-5038
PLAINTIFFS IN PRO PER
```

RECEIVED
MAY 20 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| JENNY Y CHOW, PETER S. CHOW, PLAINTIFFS, v. UNITED STATES, STATE OF ALASKA, STATE OF CALIFORNIA, CITY OF POMONA, HAROLD W. GREEN JR. DBA GREEN LAW OFFICES, THOMAS J. YERBICH DBA THOMAS J. YERBICH LAW OFFICES, HOLLINS & ASSOCIATES, ALVAREZ-GLASMAN & COLVIN, DYNA GARCIA, ALLSTATE INSURANCE COMPANY, AND DOES 1 TO 10, INCLUSIVE, DEFENDANTS. | CASE NO.: COMPLAINT FOR: CONTINUOUS HARMING FROM "VAST" CONSPIRACY CAUSING DAMAGES COMPOUNDING JURY TRIAL DEMANDED |

## I. JURISDICTION

1. Relevant Jurisdictional Notice to whoever owing allegiance to the United States:
According to F.R.Civ.P. Rule 4(b), summons "must" be issued when properly completed, i.e. issued before all proceedings which included I.F.P. or complaint ruling, because without summons issued court does not declare its jurisdiction over the case and there is no other side (defendant) that renders Constitutionally requires Due Process for fairness impossible (no "full fair hearing" possible, Memphis Light, Gas & Water Div. V. Craft (1978)). "Judgment reached without Due Process of law is without jurisdiction, and thus void", Bass V. Hoagland (1949). Such void order knowingly entered is committing treason 18 U.S.C § 2381 (war against the Constitution). And, "Whoever,

PAGE 1

owing allegiance to the United States" knowingly not reporting such treason is guilty of Misprision of Treason 18 U.S.C.§ 2382. Therefore, "at any time" as stated in 28 U.S.C.§ 1915(e)(2) is unconstitutional and this law cannot be used, because complaint can be dismissed by one judge ("court") alone without "full fair hearing" nor Due Process and jurisdiction in place before summons ever issued at all and before court's discovery process for factual evidence ever started where determination of "frivolous or malicious" depends solely on a fact and law.

  2. This court has jurisdiction under:
(A). Supplemental Jurisdiction 28 U.S.C.§ 1367;
(B). Federal Tort Claims Act, no defendant has immunity for intentional tort (crime), Shearer v. United States (1983). Standard Form 95 had been received by Office of the General counsel of A.O.U.S.C.. Under Federal Tort Claims Act, 28 U.S.C.§ 1346(b) and 2671 to 2680, Plaintiffs have the option to file suit in United States district court if no reply to the claim after six months;
(C). And under Law of Conspiracy, one federal claim is sufficient to take action against all Coconspirators (all Defendants), DeVries v. Brumback (1960). "Conspiracy are considered continuing offenses for purposes of the statute of limitations; statute of limitation begins to run with the last overt act in furtherance of the conspiracy.", United States v. Bornman (2009).
(D). Also under Law of Void Orders, all courts have jurisdiction over void order at any time, Oak Park Nat. Bank v. People Gas Light & Coke Col (1964). This complaint involved several void orders, thus all courts have jurisdiction over this complaint at any time. Void order reverses all the

PAGE 2

Case 3:19-cv-00142-MMS   Document 1   Filed 05/20/19   Page 2 of 17

proceedings to when the void order was entered, Henderson v. Henderson, 30 A Am Jur Judgments "44, 45.

## II. VENUE

3. Venue is proper pursuant to 28 U.S.C. § 1391(b) or in any district in which an overt act in furtherance of the conspiracy was committed, United States v. Brodie (2008); your district or your state also committed overt acts in furtherance of the conspiracy.

## III. PARTIES

4. Plaintiff Jenny Y Chow resides at 2514 Leebe Ave., Pomona, CA 91768.
5. Plaintiff Peter S. Chow resides at 2514 Leebe Ave., Pomona, CA 91768.
6. Defendant United States address are: U.S. Attorney General, U.S. Dept. of Justice, 950 Pennsylvania Av., NW, Washington, DC 20530, and, U.S. Attorney, Anchorage, Alaska
7. Defendant State of Alaska address is Alaska Dept. of Law-Civil Division, P.O. Box 110300, Juneau, AK 99811.
8. Defendant State of California address is Office of the Attorney General, 300 S. Spring St., Los Angeles, CA 90013.
9. Defendant City of Pomona address is City of Pomona, City Clerk's Office, Pomona, CA 91769.
10. Defendant Harold W. Green Jr. dba Green Law Offices address is P.O. Box 111312, Anchorage, AK 99511.
11. Defendant Thomas J. Yerbich dba Thomas J. Yerbich Law Offices address is 2580 Brookshire Loop, Anchorage, AK 99504.
12. Defendant Hollins & Associates address is 23801 Calabasas Rd, suite 100, Calabasas, CA 91302.

PAGE 3

13. Defendant Alvarez-Glasman & Colvin address is 13181 Crossroads Parkway North, suite 400-West Tower, City of Industry, CA 91746.
14. Defendant Dyna Garcia address is 2517 Leebe Ave., Pomona, CA 91768.
15. Allstate Insurance Company address is 2775 Sanders Rd., Suite B2W, Northbrook, IL 60062. DEFENDANT

## IV. STATEMENT OF FACTS

16. This complaint in hand writing due to computer continuously being hacked in and not functioning. Anyway, hand writing is legally acceptable.

17. All Exhibits attached to this complaint are true and correct copies.

18. Edward Snowden's evidence also support this complaint, see Exhibit 1 attached.

19. Basis of this complaint is based mainly on Law of Conspiracy:
(A). conspiracy agreement can be implied by the conduct of the parties;
(B). defendant joined in conspiracy agreement is sufficient to hold defendant liable for all coconspirators' conducts even before or after participated, with or without knowing the other co-conspirators, and with or without committed the tort; and
(C). [1] conspired with [2], [1-2] become a single conspiracy. Any member of [1-2] conspired with [3] on same objective then, [1-2-3] become a single continuing conspiracy and so on, i.e. even [2] has no agreement with [3] but [1] do, is sufficient to hold [1-2-3] liable for each other conducts. Similarly, [5-6-7] conspiring on the same common objective, [4] conspired any member of [1-2-3] and [5-6-7] on the same common objective then, [4] is the missing link that linked [1-2-3-4-5-6-7] into a single continuing conspiracy.

20. Ever since Peter S. Chow (PSC) came to this country in 1978, the perpetrator has been spying, following, conspiring and harming wherever PSC goes. Following to different locations and situations naturally different means to accomplish the same common objective (harming PSC) of this continuing conspiracy. The concert has been the perpetrator do the spying, following and conspiring the coconspirators do the intentional torts to

PAGE 4

accomplish the same common objective. Many harming in secrecy and have not acquired evidence, have to take it for granted all along, e.g. consortia vanishing conspiratorially, constantly spying through radiation which is painfully cancer causing, quarantine by continuous verbal back stabbing...

21. In 1991, after encountered the assault and battery in California, PSC was injured, ambulance and police was called. In Sep. 1992 PSC moved to Alaska to manage apartments own by PSC. Suddenly numerous eviction had to file right from the beginning of moving in Alaska; evidenced the existence of the perpetrator's following and conspiring through coercion (who wants to be evicted).

22. In June 1993, PSC was suddenly arrested at home in Alaska for the wrongful allegation where District Attorney willfully delayed to drop the charges until Nov.18, 1994 when all the harm to PSC done (totally ripped-off) and the fraudulent competency to proceed (inpatient; false imprisoned) almost finished but no wait finished, that identified no trial intention (Constitution's Amendment 6 and Due Process violations) and no chance the conspiracy can be exposed. Evidenced the malicious prosecution was not initiated with the intent to bring the offender to justice, rather with the intent to cause maximum harm. The conspiracy continued as further supported by the following facts:

23. Defense attorney Harold W. Green Jr. (Green) represented PSC.

24. Green concealed PSC's vital defense evidence of 911 calls transcript which shows numerous harming of PSC from the continuing conspiracy.

25. Green committed Constitution's Amendment 6 violation by tortiously omitted to dismiss the case according to defendant's right to Speedy Trial that prolonged and maximized harming of PSC which was corresponded to District Attorney's willful delay concertedly.

26. Already more than double the Speedy Trial Time Limit, instead of dismiss the case, on Apr.21,1994 Green initiated the fraudulent

PAGE 5

inpatient competency to proceed against PSC wishes where competency evaluation already done on Jan.10, 1994 and competent to try, that further confirmed no trial intention and the conspiracy objective was to create maximum harm to PSC which was corresponded to District Attorney's Amendment 6 and Due Process violations concertedly.

27. Fair trial no longer possible due to loss of witnesses and faded in memory caused by willful delay all along. Proceed further would be unfair and Due Process violation. Whether competent to proceed has no meaning. And, knowledge of evaluation done and competent to try and Green's serious Amendment 6 violation, concertedly, the Alaska Superior Court by Abuse of Process ordered (void order) the competency to proceed; obviously no "full fair hearing", and that was Due Process violation again and the order was void.

28. While PSC was totally confined for the evaluation, concertedly on July 10, 1994 Green illegally acquired the fraudulent default judgment, judgment lien and cash seized on PSC from Alaska Civil Court without proof of service nor default hearing; again Due Process violation, the judgment was void, and committed Treason 18 U.S.C. §2381 as Superior Court above.

29. Concertedly, intentional bad conservatorship rendered all PSC's good positive cash flow (who purchases otherwise) apartments into default causing PSC to file bankruptcy after released.

30. Concertedly, Green filed fraudulent "Motion for Judicial Determination of Competency of Debtor-In-Possession" in Bankruptcy Court by means of the fraudulent creditor claim through the above fraudulent default judgment acquired, that committed Fraud on the Court as well.

31. Bankruptcy Court and bankruptcy attorney Thomas J. Yerbich (Yerbich) were aware of Green's fraud above evidenced by Yerbich filed "Complaint To Void Judgment And Judgment Lien, And Recover Funds" for PSC, concertedly all committed tortious omission. That further confirmed the perpetrator has been the conductor of the concert because if that was just a conspiracy between Yerbich and

PAGE 6

Case 3:19-cv-00142-MMS   Document 1   Filed 05/20/19   Page 6 of 17

Green then, Yerbich simply would not file the above complaint. Logically the perpetrator could not had known until Yerbich had filed then, conspired all to accomplish the same objective of harming PSC. And that also further confirmed all coconspirators joined in the conspiracy agreement with the perpetrator.

32. Yerbich in furtherance of this continuing conspiracy of totally ripped off PSC's properties so as to force PSC to move back to California by unlawfully foreclosed PSC's "exempted" homestead and repossessed the "necessity" vehicle (finishes up the pushing), and that effectively left PSC with only 2-choice and reasonably anticipated PSC would either drop dead in the cold snow or immediately move back to the most familiar California and, it is of course most likely if not only under such totally ripped off situation.

33. Pushing created problem to California that also identified the perpetrator's bad intention towards California as well.

34. All illegal, obviously no legal proceeding; just using different means to accomplish the same common objective of harming PSC.

35. As reasonably anticipated, shortly after Bankruptcy terminated, PSC had to immediately move back to California in 1996.

36. After encountered the car robbery in 1997 in California, PSC was injured and police was called. In Apr. 1999, PSC, Jenny & Chow and two babies moved to the current address and the 16 years harming began:

37. On Aug. 5, 2014, California City of Pomona (City) employee Nicholas Lopez reported the "Box Flooded" (water running out from the City water meter under the sidewalk).

38. Various City's departments which included Public Works, Field Services and Billing were aware of the "Box Flooded", concertedly all committed tortious omission.

39. On Aug. 26, 2014, Billing Dept. instead of stopped the water, sent

PAGE 7

Joaquin P. Cabrera (JPC) to make the water keep running out under the sidewalk unnoticeably by turning down the leaking rate from 1.43 to 1. And have PSC keep on paying for the running out water. That confirmed the conspiracy of harming PSC by using different means, and continuously confirming by the following facts:

40. On Sep. 1, 2014, we witnessed the "Box Flooded" and immediately reported to Pomona Police.

41. On Sep. 2, 2014, we witnessed the "Box Flooded" again, that evidenced no action taken, immediately we called City's Water Dept.. City sent JPC to replace the good meter with the remote control bad meter with reading increases by itself without using water.

42. Nov. 3, 2014, we discovered and reported the above bad meter. City replaced the current meter.

43. Nov. 6, 2014 early in the morning, lots of fresh water by the meter and big jumped in the reading that evidenced tampering to defraud the reading to disqualify our claim.

44. Nov. 6, 2014 at night, we finished installing the camera aiming at the meter. Quickly we discovered the conspirators be able to pause the camera and continue to defraud the reading that evidenced sophisticated technology the conspirators possessed.

45. Nov. 8, 2014, we shut off the valve before we went to sleep, however the defraud tampering was still going on at daytime while we were away, that evidenced we have been under constant illegal surveillance.

46. Few days later, we shut off the valve all day and night. Only turned on to store some water at home. Watched and took pictures of the readings. That works, the tampering stopped.

47. After the tampering stopped shows our usages were in between 7 to 9 H.C.F., evidenced the tampering had been going on for 16 years since we moved in. That confirms the continuing of the conspiracy and the objective of keep on torturing PSC in constant struggling to get the ends meet and that cannot

PAGE 8

be accomplished without or otherwise in furtherance of the Alaska conspiracy of totally ripped off PSC.

48. The perpetrator of this continuing conspiracy had been identified (United States Government Agency) by PSC's 911 call on Sep. 10, 2012 (transcript available) for Constitution's Amendment 4 violation – unreasonable searches and seizures by California Anti-Terrorist Team. This transcript evidenced the perpetrator has been spying, following and conspiring the coconspirators to commit intentional torts to accomplish the same common objective of harming PSC, as well as spying through radiation (knows everything even inside your house);

49. In June, 2015, PSC and Jenny Y Chow filed suit against Alaska and California conspiracy in U.S. District Court (western). Concertedly, Court immediately issued void order to dismiss the complaint by violating F.R.Civ.P. Rule 4(b) and using unconstitutional 28 U.S.C. §1915(e)(2) thus committing Treason. And all knowingly not reporting such treason, that violating 18 U.S.C. §2382. Again accomplished the same common objective of harming PSC, e.g. past loss rent compounding with future loss rent.

50. Shortly after, the same suit was filed in California Superior Court without naming Alaska then, Case proceeded. That evidenced only suing California, OK, which was corresponding to the perpetrator bad intention towards California, i.e. the perpetrator involvement. The bad intention further confirmed by naming Alaska on Mar.1, 2016's amended complaint. Immediately Court committed multiple violation of laws which included Canons 1 and 2, 28 U.S.C. §455(a), CCP 170.3(c)(5) that require disqualification be decided by another judge. Concertedly, Court refused and continuously issuing void orders (subject matter jurisdiction ceased) to close the case; obviously no legal proceeding, just using different means to accomplish the

PAGE 9

Case 3:19-cv-00142-MMS   Document 1   Filed 05/20/19   Page 9 of 17

same common objective. Having took 2 or 3 oaths before taking office, court not following law is committing treason. Concertedly, all knowingly not reporting such treason, that violating 18 U.S.C. §2382.

51. U.S. Postal Service's (USPS) delivery notices (see Exhibits 2 and 3 attached) and letter from damage claim agency (see Exhibit 4 attached) confirmed the perpetrator attempted to stop the lawsuit (obstruction of justice) and Courts' violation of laws were in furtherance of the conspiracy — Refer to Exhibits 2 and 3, certified mail return to sender takes 2 weeks (1 week after 1st notice and 1 week after 2nd notice). No accident because there were 2 letters to 2 different recipients, and 2nd notice was wrongfully the next day after 1st notice, and returned again wrongfully the same day as pick up day, also final notice again and again wrongfully crossed out, twice (deliberate wrongful conducts); evidenced intentional illegal acts to conceal the letters. Exhibit 4 shows the claim was sent to wrong agency, that identified the intent of the concealment was to jeopardize the lawsuit (no aware of wrong claim means no lawsuit). Again accomplished the same common objective. USPS has no motive to commit the illegal act. Only the perpetrator has the motive and surveillance technology to find out where the wrong claim was sent, when the reply was mailed and which postman to conspire for this intentional tort could be accomplished. Edward Snowden's evidence or the Alaska conspiracy evidenced the perpetrator capable and has been conspiring courts to commit unlawful conducts.

52. On Jan. 31, 2018, despite advance notice of the violations, U.S. District Court (eastern) committed the same violations as U.S. District Court (western), that accomplished the same common objective of harming PSC, and that confirms the continuing

PAGE 10

conspiracy is alive and ongoing.

53. The conspiracy of violating F.R. Civ. P. Rule 4(b) and using unconstitutional 28 U.S.C. §1915(e)(2) to dismiss the complaint of conspiracy thus committing treason has been reporting to every district's representative which included your district. Concertedly, all committed an overt act of tortious omission that in furtherance of both conspiracies and linked into one conspiracy, and that accomplished the same common objective of harming PSC, e.g. past loss rent further compounding with future loss rent.

54. Application of law: For Law of Conspiracy apply to this case, it is not necessary to prove the perpetrator involved in every overt act nor the identity of the perpetrator. Instead, this case must demonstrate the Alaska and California have been the same or continuing conspiracy. Evidence from California Superior Court's litigation which involved the Alaska and California conspiracies proved the missing link — nobody can file motion to quash without first received complaint. Concertedly, California Hollins filed the fraudulent (committed Fraud on the Court) motion to quash for Alaska Green without received the complaint (see Exhibits 5 and 6 attached). This not only evidenced Green's original attempt was to evade service and not hiring Hollins but also further proved the existence of the perpetrator who knows the complaint and has the motive to stop the lawsuit and conspired member of Alaska conspiracy and member of California conspiracy to accomplish the same common objective of harming PSC that linked together into a single continuing conspiracy.

55. Furthermore, Yerbich admitted that evidence does prove he joined in the conspiracy with Green, and does not have any evidence to the contrary (see Exhibit 7 attached). As demonstrated above Green linked to the California conspiracy with

PAGE 11

Case 3:19-cv-00142-MMS   Document 1   Filed 05/20/19   Page 11 of 17

the same common objective of harming PSC. Therefore, Yerbich actually admitted they joined in the continuing conspiracy. "Statement by one conspirator are admissible evidence against all." Fed. Rule of Evid. Rule 801(d)(2)(E).

56. The concert has been the perpetrator do the spying, following and conspiring the coconspirators do the intentional torts to further a common objective and facilitated the endeavors of other coconspirators or the venture as a whole, a single continuing conspiracy is established, United States v. Brown, 587 F.3d 1082, 1089 (11th Cir. 2009).

57. Continuing indeed. The video (can be sent to Court via email) taken at the car accident on Mar. 18, 2019 evidenced conspiracy to hit our car — Pomona police on the phone illegally refused to come to make a report even PSC told the police that "we're not moving at all" (a parked car), besides, how could the police so sure that "they're both backing up" without came to the scene, which was conspiratorially corresponding to tortfeasor Dyna Garcia (Driver hit our car)'s fraudulent statement ("yeah, is half of the street;" means both were backing up to half of the street), that contradicted to the video shows our car had no sign of movement after parked to lock the gate, i.e. car not tilted away from the driveway, car head was still above the sidewalk portion of the driveway, damaged not at corner but close to bumper center.... Obviously, no motive for Pomona police or Dyna Garcia to commit this intentional tort and it is of course, Dyna Garcia should not capable to make Pomona police to commit; except only the perpetrator has the motive, technology and has been capable of conspiring even top government officials to commit unlawful conducts, which is further supported by Edward Snowden's evidence on the Alaska and California conspiracy. Well arranged and conspired before the hit, i.e. Pomona police and Dyna Garcia joined in the continuing conspiracy.

58. Despite the video evidenced Pomona police and Dyna Garcia are members of the conspiracy, Allstate Ins. Co. conspiratorially agreed "they're both backing up"; implies Allstate's agents also joined in the same agreement with the perpetrator to accomplish the same common objective of harming PSC.

59. Constantly spying through radiation which is painfully cancer causing.— On Apr. 8, 2019 at night while PSC was sleeping, the radiation was so high that it was like a chopstick pierced

PAGE 12

through PSC's kidney causing extreme pain for days. On Apr.12, 2019, to report this constant illegal surveillance under Federal Bureau of Investigation (FBI)'s crime categories of "Suspicious Federal Crime" and "Threat to Human Life", PSC had to call all FBI's offices across this nation which included your state, because immediately all FBIs' agents conspired into committing overt acts of willful misconduct, tortious omission and misrepresentations that in furtherance of this continuing conspiracy by instantly single-out PSC's name and hung up the phone, refused to take report or investigate, and presented fraudulent informations (all conversations with FBI had been video recorded). Obviously, this conduct already proved the crime. Further, FBI has no motive; instead as Sep.10, 2012's 911 call evidenced the perpetrator has been treating PSC as harming target and spying through radiation as well; implies, FBI's agents also joined in conspiracy agreement with the perpetrator to accomplish the same common objective of harming PSC.

## V. CAUSES OF ACTION

60. Plaintiffs reallege and incorporate by reference paragraphs 1 to 59 of this complaint.

### FIRST CAUSE OF ACTION (INTENTIONAL TORT) AGAINST ALL DEFENDANTS

61. Plaintiffs allege that all Defendants have legal duty to report Treason-18 U.S.C. §2381 under 18 U.S.C. §2382. Concertedly, all Defendants breached this duty by committing Tortious Omission, thus guilty of Misprision of Treason, that have caused and will continue to cause enormous damages both economic and non economic to PSC and family.

62. Plaintiffs allege that all Defendants have legal duty to abide by law. Concertedly, all Defendants breached this duty by committing the following intentional torts as alleged accordingly. And all Defendants act with the desire to bring about harmful consequences and is substantially certain that such consequences will follow, have caused and will continue to cause enormous damages both economic and non economic to PSC and family:

PAGE 13

63. Defendants under United States:
64. The perpetrator has been committing continuous illegal surveillance and by using harmful radiation on PSC and conspiring all Defendants to commit the intentional torts to harm PSC.
65. Bankruptcy Court committed Tortious Omission on Green's fraud.
66. District Courts have been committing the violations of F.R.Civ.P.Rule 4(b) and using unconstitutional 28 U.S.C. §1915(e)(2) to issue void orders to dismiss Plaintiff's complaint, and thus committing Treason-18 U.S.C.§2381.
67. USPS committed the concealment of PSC's and Jenny Y Chow's letters.
68. FBI committed willful misconduct, misrepresentation and tortious omission on federal crime.
69. Defendants under State of Alaska:
70. District Attorney committed malicious prosecution and willfully delayed to drop the charges on PSC.
71. Superior Court committed Abuse of Process by issuing void order, and thus committing Treason-18 U.S.C. §2381.
72. Civil Court committed Treason-18 U.S.C.§2381 by issuing void default judgment that inconsistent with Due Process.
73. Defendants under State of California:
74. California Anti-Terrorist Team committed the violation of the U.S. Constitution's Amendment 4.
75. Superior Court committed the violations of Canons 1 and 2, 28 U.S.C. §455(a), CCP 170.3(c)(5) and issuing void orders, thus committing Treason-18 U.S.C. §2381.
76. Defendants under City of Pomona:
77. City's employees committed continuous tampering of the City water meter and have PSC keep on paying for the running out water.
78. Pomona police committed Tortious Omission on City water running out, and illegally refused to go to make car accident report and made fraudulent conclusion of the accident.
79. Harold W. Green Jr. dba Green Law Offices committed: concealed PSC's 911 calls transcript that shows numerous harming from the conspiracy; violated Amendment 6-Defendant's Right to Speedy Trial, created fraudulent competency to proceed, illegally acquired the default judgment, fraudulent claim and motion to Bankruptcy Court, and committed Fraud on Courts.
80. Thomas J. Yerbich dba Thomas J. Yerbich Law Offices committed Tortious Omission on Green's fraud, and unlawfully foreclosed PSC's exempted

PAGE 14

Case 3:19-cv-00142-MMS   Document 1   Filed 05/20/19   Page 14 of 17

homestead and repossessed necessity vehicle.
81. Hollins & Associates committed filing fraudulent motion to quash and Fraud on the Court.
82. Alvarez-Glasman & Colvin committed Tortious Omission on California Superior Court's unlawful conducts.
83. Dyna Garcia committed to create the crashing of PSC's family car and presenting fraudulent facts about the crashing.
84. Allstate Insurance Company's agents committed Tortious Omission on Dyna Garcia's unlawful conducts and made fraudulent settlement.

SECOND CAUSE OF ACTION (CONSPIRACY CAUSED DAMAGES) AGAINST ALL DEFENDANTS

85. Plaintiffs allege that all Defendants' conducts implied all Defendants joined in conspiracy agreement with the perpetrator to accomplish the same common objective of harming PSC, forming a single continuing conspiracy, have caused and will continue to cause enormous damages both economic and non economic to PSC and family.

PUNITIVE DAMAGES AGAINST ALL DEFENDANTS

86. Plaintiffs reallege and incorporate by reference paragraphs 1 to 59 of this complaint.
87. All Defendants acted with reckless, willful or callous disregard for Plaintiffs' rights and with malice, fraud and oppression toward Plaintiffs, thereby entitling Plaintiffs to additional award of punitive damages in accordance with Civil Code section 3294.

VI. REQUEST FOR RELIEF

WHEREFORE, Plaintiffs request:
88. For compensatory damages according to proof;
89. For general damages according to proof;
90. For exemplary and/or punitive damages;
91. For Plaintiffs' cost of suit;
92. For other relief which may be authorized under other causes of action; and
93. For such other and further relief as the Court may deem just and proper.

PAGE 15

## VII. DEMAND FOR JURY TRIAL

Plaintiffs hereby request a jury trial on all issues raised in this complaint.

Respectfully submitted,

Dated: APR. 30, 2019

*/s/ Jenny Chow*
JENNY Y CHOW (Plaintiff in Pro Per)

Dated: APR. 30, 2019

*/s/ Peter S. Chow*
PETER S. CHOW (Plaintiff in Pro Per)

...

PAGE 16



ADMINISTRATIVE OFFICE
U.S. DISTRICT COURT
222 W. 7TH AVE.
ANCHORAGE AK 99501